DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 421P16 | State v. Kendra Potts Smith | Def's PDR Under N.C.G.S. § 7A-31 (COA16-236) | Denied |
|---|---|---|---|
| 426A16 | The North Carolina State Bar v. David C. Sutton, Attorney | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA15-1198)<br><br>2. Plt's Motion to Dismiss Appeal<br><br>3. Def's Motion to Amend Notice of Appeal | 1. —<br><br><br><br>2. Allowed<br><br>3. Denied |
| 427A16 | Abrons Family Practice and Urgent Care, P.A.; Nash OB-GYN Associates, P.A.; Highland Obstetrical-Gynecological Clinic, P.A.; Children's Health of Carolina, P.A.; Capital Nephrology Associates, P.A.; Hickory Allergy & Asthma Clinic, P.A.; Halifax Medical Specialists, P.A. and Westside OB-GYN Center, P.A., Individually and on Behalf of All Others Similarly Situated v. North Carolina Department of Health and Human Services and Computer Sciences Corp. | 1. Motion to Admit Bryant C. Boren, Jr. *Pro Hac Vice*<br><br>2. Motion to Admit Van H. Beckwith *Pro Hac Vice* | 1. Allowed **01/31/2017**<br><br>2. Allowed **01/31/2017** |
| 428P16 | State v. Ottis McGill | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA16-296)<br><br>2. State's Motion to Deem Response Timely Filed | 1. Denied<br><br><br>2. Allowed |
| 436P16 | State v. Howard Franklin Eubanks | 1. Def's Motion for Temporary Stay (COA16-251)<br><br><br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **12/05/2016** Dissolved **03/16/2017**<br><br>2. Denied<br><br>3. Denied |
| 437P16 | Johnnie M. Darden, Sr. v. North Carolina Department of Public Safety | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA16-377) | Denied |